FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 FEB -8 PM 4: 28

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ARTHUR MAJOR III** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-5972** |
| **TERRY TERRELL, WARDEN**<br>**ALLEN CORRECTIONAL CENTER** | **SECTION "F"(2)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Arthur Major III for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 8th day of Feb., 2007.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____